UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR420-013 |
| | ) | |
| v. | ) | |
| | ) | |
| **JERRY EUGENE SALTER** | ) | |
| aka "GENE" | ) | |

## CONSENT ORDER OF FORFEITURE

WHEREAS, on February 6, 2020, a two-count Indictment was filed against Defendant Jerry Eugene Salter (hereinafter, the "Defendant") charging violations of 18 U.S.C. §841(a)(1) (Counts One and Two – Distribution of a Controlled Substance (Cocaine));

WHEREAS, the Indictment sought forfeiture pursuant to 21 U.S.C. § 853 of any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the offense, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

WHEREAS, the Indictment additionally sought forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c);

WHEREAS, on May 26, 2020, the Defendant pled guilty to Counts One and Two of the Indictment, charging Distribution of a Controlled Substance (Cocaine), in violation of 18 U.S.C. §841(a)(1),

WHEREAS, Defendant, without having entered into a negotiated plea agreement, has nevertheless agreed to waive the requirements of Federal Rules of Criminal Procedure 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment without further order of the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant to 18 U.S.C. § 982(a)(2)(A), Defendant shall forfeit to the United States the sum of $440.00, which is the sum of money equal to all proceeds traceable to Defendant's offense(s) of conviction.

2. This Court shall retain jurisdiction for the purpose of enforcing this Order.

3. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall become final as to Defendant at the time of sentencing, be made part of the sentence, and be included in the judgment.

4. The United States, may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order of Forfeiture to substitute property having a value not to exceed $440.00, to satisfy the money judgment in whole or in part.

Date: 5/26/20

HONORABLE WILLIAM T. MOORE, JR.
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

*(Signatures Continue on the Next Page)*

Date 5/26/20

Jerry Eugene Salter
Defendant

Date  5\26\20

_____
Steven L. Beauvais
Counsel for Defendant

Date  5/26/2020

_____
Jennifer G. Solari
Assistant United States Attorney