IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA  )
                                   )
vs.                              )        Case No. CR420-13
                                   )
JERRY EUGENE SALTER        )

## O R D E R

Before the Court is Defendant Jerry Eugene Salter's Motion for Exoneration of Bond. (Document 49). After careful consideration, Defendant's motion is **GRANTED.**

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond on behalf of Defendant and exonerate the obligor thereon.

The Clerk is hereby **DIRECTED** to return the $25,000.00, with any accrued interest to: Jerry Eugene Salter, P.O. Box 34, Hinesville, Georgia 31310.

**SO ORDERED** this ____1ST____ day of December 2020.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA